1026

THE STATE OF WASHINGTON, *Respondent*, v. EMMANUEL MARTINEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-1-02798-9, Douglass A. North, J., entered April 24, 2015. *Affirmed* by unpublished opinion per Trickey, A.C.J., concurred in by Becker and Cox, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. ERIC MICHAEL SHARPE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-1-11234-1, Bruce E. Heller, J., entered May 29, 2015. *Affirmed* by unpublished opinion per Trickey, J., concurred in by Verellen, C.J., and Leach, J.

THE STATE OF WASHINGTON, *Respondent*, v. JASON CARL SCHWIESOW, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 14-1-02258-6, Thomas J. Wynne, J., entered May 28, 2015. *Affirmed* by unpublished opinion per Trickey, J., concurred in by Verellen, C.J., and Leach, J.

THE STATE OF WASHINGTON, *Respondent*, v. AUNARAY MARKEYS LUCKETT, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 14-1-01308-1, Thomas J. Wynne, J., entered June 25, 2015. *Affirmed* by unpublished opinion per Mann, J., concurred in by Cox and Schindler, JJ.